IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LISA J. BELL,

          Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

ORDER

22-cv-278-wmc

---

Pursuant to a joint motion for remand (dkt. #13) filed by the parties on October 7, 2022, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that joint motion.

Entered this 11th day of October, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge